Richard W. Roberts, Jr., Esq. (ISB # 9255)
ROBERTS LAW, PLLC
371 North Walnut Avenue, Suite A
P.O. Box 10168
Ketchum, Idaho 83340
Tel: (208)721-3358
Email: rroberts@robertslawpllc.com

**Attorney for Defendant**

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD C. METZ, individually and as former Trustee of the Dick Metz Trust; and F. ROBERT INSINGER III, Trustee of the Dick Metz Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLENE RAINEY, an individual,<br><br>Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

TO:   The Judges of the United States District Court for the District of Idaho

Defendant CHARLENE RAINEY submits this Notice of Removal of this action from the District Court of the Fifth Judicial District in and for the County of Blaine, Idaho. A Memorandum in Support of this Notice of Removal is attached hereto.  In support of this Notice of Removal, Defendant states as follows:

1. On October 16, 2017, Plaintiffs filed their Complaint for Declaratory Judgment in the District Court for the Fifth Judicial District of Idaho.

2. On October 26, Plaintiffs' summons was issued.

3. On November 30, Plaintiffs noticed a deposition for Plaintiff Richard Metz.

4. Defendant's counsel entered a Notice to Appear on December 2, 2017.

5. Plaintiffs then filed a Notice of Taking Deposition for Defendant Charlene Rainey and

Notice of Intent to Enter Default Judgment on December 5. The Notice of Default indicated that Plaintiffs intended to enter default on December 11.

6. No Answer or other motions have yet been filed in the Idaho case.

7. Pursuant to 28 U.S.C. §§ 1441 et seq., the right exists to remove this case from the Fifth Judicial District in Blaine County, Idaho, to the United States District Court for the District of Idaho, which embraces the place where the action is pending.

8. Pursuant to 28 U.S.C. § 1446(a) and Local Rule Civ. 81.1, a copy of all process and pleadings served on Defendant – including a copy of the Complaint bearing Civil Case No. CV07-17-00652 – are attached as **Exhibits A-I**.

9. The time in which Defendants are required by the laws of the State of Idaho, by the Idaho Rules of Civil Procedure, or by the Rules of the Fifth Judicial District in Blaine County, Idaho, to move, answer or otherwise plead in response to Plaintiff's Petition has not elapsed.

10. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after the receipt by any defendant, through service, of a copy of the initial pleading setting forth the claim for relief on which Plaintiff's action is based.

11. Written notice of the filing of this Notice of Removal will be promptly served on counsel for Plaintiffs.

12. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Fifth Judicial District in Blaine County, Idaho, as required by law, and served on Plaintiffs.

13. Defendant reserves the right to amend or supplement this Notice of Removal, and Defendant reserve all defenses.

14. Defendant requests a trial by jury on all issues triable by right to a jury trial.

WHEREFORE, Defendant Charlene Rainey prays that this case be removed from the Fifth Judicial District in and for Blaine County, Idaho, where it is now pending, to this Court, that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for further proceedings, same as though this case had originally been instituted in this Court.

DATED this 11th day of December, 2017.

/s/ **Richard W. Roberts, Jr.**
RICHARD W. ROBERTS, JR.
Roberts Law, PLLC
371 North Walnut Avenue, Suite A
P.O. Box 10168
Ketchum, Idaho 83340
Tel: (208)721-3358
Email: rroberts@robertslawpllc.com

Attorney for Defendant
CHARLENE RAINEY

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that that the above and foregoing document was filed electronically with the above-captioned court, and a copy was sent by email and U.S. mail on this 11th day of December, 2017 to:**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6th day of December, 2017, I caused to be served a true copy of the foregoing NOTICE OF APPEARANCE, by the method indicated below, and addressed to:

| | |
|---|---|
| F. ROBERT INSINGER III | \_\_\_\_ File and Serve<br>  X  U.S. Mail, Postage Prepaid<br>\_\_\_\_ Overnight Mail<br>  X   E-Mail |
| CHARLENE J. RAINEY | \_\_\_\_ File and Serve<br>\_\_\_\_ U.S. Mail, Postage Prepaid<br>\_\_\_\_ Overnight Mail<br>  X   E-Mail |

/s/ Richard W. Roberts, Jr.
Attorney for Defendant
CHARLENE RAINEY
