# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD C. METZ, individually and as former Trustee of the Dick Metz Trust; and F. ROBERT INSINGER III, Trustee of the Dick Metz Trust,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CHARLENE RAINEY, an individual,<br><br>　　　　　　Defendant. | Case No: 1:17-cv-00506-BLW<br><br>**JUDGMENT AND DECREE** |

Based on the written *Stipulation for Entry of Judgment and Decree* executed and filed by Plaintiffs' and Defendant's attorneys of record herein, and this Court having accepted and approved the same, the Court hereby enters its Judgment and Decree as follows:

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that:

1. The Stipulation for Entry of Judgment and Decree (docket no. 16) is APPROVED.

2. The Court has personal jurisdiction over all parties, and subject matter jurisdiction over all claims raised and which could be raised:

    a. In this case; and,

    b. In the Superior Court of California County of Orange Case Number 30-2017-00951786-CU-CO-CJC; and,

    c. In the *Mutual Release and Settlement Agreement* attached hereto.

3. The attached *Mutual Release and Settlement Agreement* is hereby merged into this Judgment and Decree.

4. Pursuant to the Plaintiffs' request for declaratory judgment, and based on the parties' *Mutual Release and Settlement Agreement*, the Court hereby declares as follows:

   a. No written, oral, express, or implied contract or any other legal or equitable marriage-like or other relationship exists or previously existed between Plaintiff Richard C. Metz and Defendant Charlene Johnson Rainey.

   b. Defendant Charlene Johnson Rainey has no legal or equitable claim, right, title, or interest in or to any real or personal property or asset of either Plaintiff Richard C. Metz or Plaintiff Dick Metz Trust, or both.

   c. Defendant Charlene Johnson Rainey has no past or present legal or equitable claim or right to receive any financial support, maintenance or compensation from Plaintiff Richard C. Metz or Plaintiff Dick Metz Trust.

5. This Judgment and Decree constitutes the conclusion and final adjudication of all claims and issues addressed, raised, and which could have been raised:

   a. In this case; and,

   b. In the above-referenced California Superior Court action; and,

   c. In the attached and merged *Mutual Release and Settlement Agreement.*

6. The Clerk shall close this case and term the pending motion (docket no. 4).

DATED: February 12, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge